FILED
DEC 1 1 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (539) 629-7941 IN THE CUSTODY OR CONTROL OF T-MOBILE** | Case No. 24-mj-762-JFJ<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until 30 days after the collection authorized by the warrant has been completed.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, until 30 days after the collection authorized by the warrant has been completed, except that T-Mobile may disclose the attached warrant to an attorney for T-Mobile for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

12/11/24
Date

*Jodi Jayne* (signature)
Jodi F. Jayne
United States Magistrate Judge